# 630

Emily Budek, administratrix de bonis non of the estate of Joseph Budek, deceased, defendant in error, v. City of Chicago, plaintiff in error. Gen. No. 37,965.

Opinion filed December 27, 1935.

William H. Sexton, Corporation Counsel, and A. M. Smietanka, City Attorney, for plaintiff in error; Quin O'Brien and Adam E. Patterson, Assistant Corporation Counsel, of counsel. Joseph D. Ryan and Louis P. Miller, for defendant in error.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Viney Banks, etc., appellant, v. S. A. T. Watkins, appellee. Gen. No. 37,974.

Opinion filed December 27, 1935.

A. L. Williams, for appellant. George C. Bliss, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Anna Henderson, plaintiff in error, v. Mary Parsill et al., defendants in error. Gen. No. 37,656.

Opinion filed December 30, 1935.

Ernest Saunders, for plaintiff in error. Cassels, Potter & Bentley, for defendants in error; Claud D. Raber and E. Douglas Schwantes, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois ex rel. Park Ridge Park District, appellant, v. Industrial Commission of Illinois, appellee. Gen. No. 38,063.

Opinion filed December 30, 1935. Rehearing denied January 11, 1936.

Daniel S. Wentworth, Robert F. Dewey and Leon Weiss, for appellant. Otto Kerner, Attorney General, for appellee; Daniel D. Carmell, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.